## ZONING INSPECTOR OF THE TOWN OF REDDING ET AL. *v.* RAYMOND PLUNSKE

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 422 (AC 15312), is denied.

*Nancy Burton,* in support of the petition.

*James T. Shearin,* in opposition.

Decided June 10, 1998

## FEDERAL DEPOSIT INSURANCE COMPANY, RECEIVER OF CITYTRUST *v.* RICHARD E. FONTE ET AL.

The petition by the defendant Richard Matza for certification for appeal from the Appellate Court, 48 Conn. App. 531 (AC 16555), is denied.

*Nathan A. Schatz,* in support of the petition.

*Frederic S. Ury,* in opposition.

Decided June 10, 1998